UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: ) Case No. 14-45853
 )
Rufus Crawford )
Debtor(s). ) Chapter 13
 )
 ) Hearing Date: August 20, 2014
 ) Location: 5 North 10:00 am
 )

## MOTION TO IMPOSE THE AUTOMATIC STAY

**WARNING: Responses may be filed until the time of the hearing. A copy must be promptly served upon the undersigned. Failure to file a timely response may result in the Court granting the relief requested prior to the hearing date.**

COMES NOW Debtor(s), by counsel, and for this Motion state(s) as follows:

1. Debtor(s) filed the above-captioned case in good faith on July 30, 2014. This is debtor's third chapter 13 case pending within the last year (14-41792, dismissed 05/08/14, and 13-42047, dismissed 08/22/13).

2. Debtor's first case, 13-42047, was dismissed for failure to make plan payments. Debtor was laid off in 2013 and was unable to make plan payments.

3. Debtor's second case, 14-41792, was dismissed for failure to make plan payments. Debtor started a business in January 2014. Debtor's income from the business was not enough to make the plan payments.

4. Debtor's business is now grossing an average of $15,000.00 per month and Debtor can afford the monthly plan payments.

WHEREFORE, Debtor(s) pray(s) that this Court enter its Order imposing the automatic stay to all creditors at the hearing.

RESPECTFULLY SUBMITTED,<br>
A&L Licker Law Firm, LLC<br>
By:____/s/ Leigh Kline<br>
Leigh Kline, E.D. #64962, MO #64962<br>
1861 Sherman Dr.<br>
St. Charles, MO 63303<br>
(636) 916-5400<br>
(fax) (636) 916-5402<br>
email: Leigh@lickerlawfirm.com

CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above was sent either electronically or by U.S. Mail, First Class, postage pre-paid to the following on July 30, 2014:

/s/   Leigh Kline

John V. LaBarge
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

| | | |
|---|---|---|
| Calvary SPV<br>Attn: Bankruptcy Department<br>PO Box 1017<br>Hawthorne, NY 10532 | Central Transport International<br>540 Gimblin Road<br>Saint Louis, MO 63147 | Collector of Revenue<br>41 S. Central<br>Saint Louis, MO 63105 |
| Consumer Collection Management<br>2333 Grissom Drive<br>Saint Louis, MO 63146 | Credit Collections Services<br>PO Box 773<br>Needham Heights, MA 02494 | Credit Protection<br>PO Box 802068<br>Dallas, TX 75380-2068 |
| Fairville<br>4 Hillman<br>Chadds Ford, PA 19317 | Fairville Company, LP<br>PO Box 2425<br>Coppell, TX 75019 | Fin Cr Netwk<br>1300 W Main Street<br>Visalia, CA 93291 |
| Ford Motor Credit<br>PO Box 88306<br>Chicago, IL 60680 | Internal Revenue Service<br>Bankruptcy Section - 5028 STL<br>PO Box 66778<br>Saint Louis, MO 63166 | IRS<br>Special Procedures - Recovery<br>PO Box 7346<br>Philadelphia, PA 19101 |

| | | |
|---|---|---|
| LVNV Funding<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | Milsap & Singer<br>612 Spirit Drive<br>Chesterfield, MO 63005 | MO Department of Revenue<br>Taxation Division<br>PO Box 385<br>Jefferson City, MO 65105 |
| Sheila Crawford<br>8636 Santa Bella Drive<br>Hazelwood, MO 63042 | US Bank National Association<br>PO Box 41955<br>Austin, TX 78704 | Villages/Barrington Downs HOA<br>c/o DNI Properties<br>PO Box 105007<br>Atlanta, GA 30348 |