UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 14-45853-399 |
| | ) | |
| **RUFUS L CRAWFORD** | ) | Chapter 13 |
| | ) | |
| | ) | |
| **Debtor** | ) | |

## TRUSTEE'S OBJECTION TO MOTION TO IMPOSE AUTOMATIC STAY

Comes now John V. LaBarge, Jr., Standing Chapter 13 Trustee, and states as follows:

Both of the prior cases open during the year prior to filing this case were dismissed for failure to make payments and Debtor has failed to file Schedules or a plan in the present case demonstrating the ability to propose and fund a feasible Chapter 13 plan. The present filing is Debtor's ninth case in the past 13 years, non of which resulted in a discharge.

Dated: August 08, 2014
RSPGEN--DSD

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of August 08, 2014.

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.

RUFUS L CRAWFORD
16479 HAMPDEN PLACE
FLORISSANT, MO  63034

LAW OFFICES OF TOBIAS LICKER
1861 SHERMAN DR
ST CHARLES, MO  63303