**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| IN RE: )<br>RUFUS L CRAWFORD )<br>)<br>)<br>)<br>**Debtor** ) | CASE NO: 14-45853-399<br>Chapter 13<br><br>Trustee's Objection to Confirmation<br>Original Confirmation Hearing set for:<br>October 3, 2014  10:00 am |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The Trustee has not received a copy of the most recently filed Federal tax return.
2. The plan is ambiguous or incapable of ascertainment (11 U.S.C. §§ 1321 & 1325(a)(3)) because:
   SCHEDULES E AND F PROVIDE CONFLICTING TREATMENT OF SETTLEMENT.
3. SCHEDULE A UNDERSTATES VALUE OF RESIDNECE.
4. SCHEDULE I DOES NOT SHOW NAME AND ADDRESS OF BUSINESS.
5. SCHEDULE D OMITS MORTGAGE.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

| | |
|---|---|
| Dated: September 16, 2014<br><br>OBJCONFAF--KLW | /s/ John V. LaBarge, Jr.<br>John V. LaBarge, Jr.<br>Standing Chapter 13 Trustee<br>P.O. Box 430908<br>St. Louis, MO  63143<br>(314) 781-8100  Fax: (314) 781-8881<br>trust33@ch13stl.com |

The undersigned hereby certifies that he served the above notice on this day of September 16, 2014, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

/s/ John V. LaBarge, Jr.

RUFUS L CRAWFORD
16479 HAMPDEN PLACE
FLORISSANT, MO  63034

LAW OFFICES OF TOBIAS LICKER
1861 SHERMAN DR
ST CHARLES, MO  63303