**DENIED**

For reasons set forth on the record at the hearing on October 3, 2014.

Oct 06, 2014

*Barry S. Schermer*
BARRY S. SCHERMER
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-45853 |
| | ) | |
| Rufus Crawford | ) | |
| Debtor(s). | ) | Chapter 13 |
| | ) | |
| | ) | Hearing Date: August 20, 2014 |
| | ) | Location: 5 North 10:00 am |
| | ) | |

## MOTION TO IMPOSE THE AUTOMATIC STAY

**WARNING: Responses may be filed until the time of the hearing. A copy must be promptly served upon the undersigned. Failure to file a timely response may result in the Court granting the relief requested prior to the hearing date.**

COMES NOW Debtor(s), by counsel, and for this Motion state(s) as follows:

1. Debtor(s) filed the above-captioned case in good faith on July 30, 2014. This is debtor's third chapter 13 case pending within the last year (14-41792, dismissed 05/08/14, and 13-42047, dismissed 08/22/13).

2. Debtor's first case, 13-42047, was dismissed for failure to make plan payments. Debtor was laid off in 2013 and was unable to make plan payments.

3. Debtor's second case, 14-41792, was dismissed for failure to make plan payments. Debtor started a business in January 2014. Debtor's income from the business was not enough to make the plan payments.

4. Debtor's business is now grossing an average of $15,000.00 per month and Debtor can afford the monthly plan payments.

WHEREFORE, Debtor(s) pray(s) that this Court enter its Order imposing the automatic stay to all creditors at the hearing.

RESPECTFULLY SUBMITTED,
A&L Licker Law Firm, LLC
By:_____/s/ Leigh Kline
Leigh Kline, E.D. #64962, MO #64962
1861 Sherman Dr.
St. Charles, MO 63303
(636) 916-5400
(fax) (636) 916-5402
email: Leigh@lickerlawfirm.com

CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above was sent either electronically or by U.S. Mail, First Class, postage pre-paid to the following on July 30, 2014:

/s/   Leigh Kline

John V. LaBarge
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

| | | |
|---|---|---|
| Calvary SPV<br>Attn: Bankruptcy Department<br>PO Box 1017<br>Hawthorne, NY 10532 | Central Transport International<br>540 Gimblin Road<br>Saint Louis, MO 63147 | Collector of Revenue<br>41 S. Central<br>Saint Louis, MO 63105 |
| Consumer Collection Management<br>2333 Grissom Drive<br>Saint Louis, MO 63146 | Credit Collections Services<br>PO Box 773<br>Needham Heights, MA 02494 | Credit Protection<br>PO Box 802068<br>Dallas, TX 75380-2068 |
| Fairville<br>4 Hillman<br>Chadds Ford, PA 19317 | Fairville Company, LP<br>PO Box 2425<br>Coppell, TX 75019 | Fin Cr Netwk<br>1300 W Main Street<br>Visalia, CA 93291 |
| Ford Motor Credit<br>PO Box 88306<br>Chicago, IL 60680 | Internal Revenue Service<br>Bankruptcy Section - 5028 STL<br>PO Box 66778<br>Saint Louis, MO 63166 | IRS<br>Special Procedures - Recovery<br>PO Box 7346<br>Philadelphia, PA 19101 |

LVNV Funding
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Milsap & Singer
612 Spirit Drive
Chesterfield, MO 63005

MO Department of Revenue
Taxation Division
PO Box 385
Jefferson City, MO 65105

Sheila Crawford
8636 Santa Bella Drive
Hazelwood, MO 63042

US Bank National Association
PO Box 41955
Austin, TX 78704

Villages/Barrington Downs HOA
c/o DNI Properties
PO Box 105007
Atlanta, GA 30348